IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               CASE NO. 1:08-cv-00070-MP-AK

2003 NISSAN ALTIMA VIN 1N4AL11D13C167902,

    Defendant.

_____/

## **O R D E R**

    This matter is before the Court on Doc. 12, Motion to Dismiss, filed by the United States. This forfeiture is related to criminal case 1-08-cr-00010-SPM-AK. The defendant property is titled to John Roger Sager, who is a fugitive. Doreen Sager, wife of John Sager, through her attorney Stephen K. Johnson, has waived any interest in the defendant property. Minerva Quintana, through her attorney Lloyd L. Vipperman, has also waived any interest in the defendant property.

    At the time of seizure, Wachovia Bank held a valid lien on the defendant property. The United States Attorney's Office was just notified that the Drug Enforcement Administration turned the vehicle over to Wachovia Bank and the defendant property was sold at auction in May of 2009. There was insufficient equity to go forward with the forfeiture. Therefore, the United

States of America requests the stay be dissolved and this case be dismissed. It is hereby

**ORDERED AND ADJUDGED:**

The stay, granted by the Order at Doc. 9, is dissolved, and this case is dismissed without prejudice.

**DONE AND ORDERED** this  4th  day of August, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge